# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

David E Rivera
409 E Chain of Rocks Rd
Granite City IL 62040

In Proceedings
Under Chapter 7

Case No. 25-30581-mpg

Sandy C Rivera
409 E Chain of Rocks Rd
Granite City IL 62040
          Debtor(s)

## NOTICE OF FILING OF ASSIGNMENT OF CLAIM

Notice is hereby given that an assignment of claim(s) has been filed in this case as follows:

FROM
Claim No. 2: Flagship Credit Acceptance, PO BOX 3807, Coppell, TX 75019

TO
Westlake Portfolio Management, LLC
4751 Wilshire Blvd., Suite 100
Los Angeles, CA 90010

Any objections to this assignment of claim must be filed with the Court on or before 21 days from the date of this Notice.  Absent an objection, the assignment will be deemed allowed.

DATED:   05/03/26

**Dean M. Lugge**
CLERK OF THE BANKRUPTCY COURT

United States Bankruptcy Court

Southern District of Illinois

In re:

David E Rivera

Sandy C Rivera

Debtors

Case No. 25-30581-mpg

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0754-3

Date Rcvd: May 01, 2026

User: ao1492bnc

Form ID: trc

Page 1 of 2

Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 4388749 | + Email/Text: bankruptcy@flagshipcredit.com | May 01 2026 17:59:00 | Flagship Credit Acceptance, PO BOX 3807, Coppell, TX 75019-5877 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026                     Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jerry D Graham, Jr | on behalf of Joint Debtor Sandy C Rivera court@jdgrahamlaw.com jdgrahampc@gmail.com;r47365@notify.bestcase.com;jdgrahamlaw@pacer.glade.ai |
| Jerry D Graham, Jr | on behalf of Debtor David E Rivera court@jdgrahamlaw.com jdgrahampc@gmail.com;r47365@notify.bestcase.com;jdgrahamlaw@pacer.glade.ai |
| Joel P Fonferko | on behalf of Creditor FIRST AGE  LLC bkpleadingsSOUTHERN@il.cslegal.com |
| Madeleine Coate | on behalf of Creditor U.S. Bank Trust National Association mcoate@burkelaw.com |

District/off: 0754-3                           User: ao1492bnc                                      Page 2 of 2
Date Rcvd: May 01, 2026                        Form ID: trc                                         Total Noticed: 1

Peter C Bastianen
                    on behalf of Creditor FIRST AGE  LLC bkpleadingsSOUTHERN@il.cslegal.com

Russell C Simon
                    simontrustee@yahoo.com  pacer@simonch13trustee.com

United States Trustee
                    USTPRegion10.es.ecf@usdoj.gov


TOTAL: 7